UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNA BRAZIER,

    Plaintiff,

vs.

                                Case No. 8:08-cv-156-T-17MAP

LAW OFFICES OF MITCHELL N. KAY, P.C.,

    Defendant.

_____/

## VERDICT

In rendering your verdict please answer the following questions.

1a. Was Verna Brazier the intended reader of the April 21, 2007 letter from Mitchell N. Kay, P.C.?

_____Yes        \_\_\_\_X\_\_\_\_\_No

1b. Did the Law Offices of Mitchell N. Kay contact Verna Brazier directly after knowing she was represented by an attorney?

_____Yes        \_\_\_\_X\_\_\_\_\_No

If your answer to both questions 1a and 1b is No stop. You have found for Mitchell N. Kay, P.C. and against Verna Brazier and your foreperson should sign below.

If your answer to question 1a is Yes then you should go on to question 2.
If your answer to question 1b is Yes then you should go on to question 4.

2. Would the letter dated April 21, 2007, be misleading and confusing to the least sophisticated consumer by giving a false impression that an attorney was significantly involved in the case?

_____Yes        _____No

(Go on to question 3 after answering this question)

3.    If you answered **Yes** to question 1a, was the violation by Mitchell N. Kay, P.C. the result of a bona fide error?

_____Yes          _____No

If your answer to question 3 is **Yes**, Stop. You have found for Mitchell N. Kay, P.C. and against Verna Brazier and you should go on to number 4, if you did not already do so

If your answer to question 3 is **No** you have found for Verna Brazier and you must consider the amount of the damages she is entitled to. You should go on to numbers 5 and 6.

4.    If you answered **Yes** to question 1b was the violation by Mitchell N. Kay, P.C. the result of a bona fide error?

_____Yes          _____No

If your answer to question 4 is **Yes**, Stop. You have found for Mitchell N. Kay, P.C. and against Verna Brazier and your foreperson should sign below.

If your answer to question 4 is **No** you have found for Verna Brazier and you must consider the amount of the damages she is entitled to. You should go on to numbers 5 and 6.

5.    Federal Fair Debt Collections Practices Act.

       We find Verna Brazier is entitled to $_____, in statutory damages under the FDCPA.

6.    Florida Consumer Collections Practices Act.

       We find Verna Brazier is entitled to $_____, in statutory damages under the FCCPA.

So say we all dated this ___10___ day of June, 2009.

_____
Foreperson