UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VERNA BRAZIER,
    Plaintiff,

vs.                                     CASE NO. 8:08-CV-156-T-17MAP

LAW OFFICES OF MITCHELL
N. KAY, P.C.,
    Defendant.
_____/

## FINAL JUDGMENT

Following trial in this case and a jury verdict for the defendant. It is

**ORDERED** that judgment is entered in favor of DEFENDANT, LAW OFFICES OF

MITCHELL N. KAY, P.C., and against PLAINTIFF, VERNA BRAZIER. The Clerk of

Court is directed to close the case and to terminate any pending motions.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 15th day of June, 2009.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record